**UNITED STATES DISTRICT COURT**                                    [CLOSED]                        **MAGISTRATE JUDGE'S MINUTES**
**SOUTHERN DISTRICT OF CALIFORNIA - YUMA**

DATE:  9/10/07          CASE NUMBER:  07-10578-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs.  Chloe L Maxwell

U.S. MAGISTRATE JUDGE:  JAY R. IRWIN  Judge #: 70BK

U.S. Attorney BLM Ranger Schneider appears for the Government

Attorney for Defendant  Matthew Johnson (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA 9/10/07            ☒ Complaint Filed                ☒ Appointment of counsel hearing held
☒   Financial Afdvt taken      ☐ No Financial Afdvt taken      ☐ Financial Afdvt sealed
☒   Initial Appearance

**DETENTION HEARING:**      ☒ Held ☐ Cont'd ☐ Reset ☐ UA
Set for:    before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☒ Defendant ordered released ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**          ☒ Held ☐ Cont'd ☐ Reset
Set for:   before:
☒ Consent to be tried by a Magistrate Judge signed ☒ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant   ☐ Information filed          ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Viol L0147780
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Viol L0147780 of the ☐ Information ☐ Indictment ☒ Citation
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☒ Continued for sentence to **12/10/07 at 1:00 pm**  before **Magistrate Judge Irwin**_____
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☐ ORDER vacate trial date/motion hearing/mtns moot
☒ ORDER defendant remain released pending sentence ☐ remanded to USM
SENTENCING:
☐ Defendant committed to Bureau of Prisons for a period of_____   ☐ Probation/Supervised Release for

☐ Special Assessment $_____ ☐ Fine $_____ ☐ Restitution $_____

Other:  Court continues sentence to allow the defendant ninety days to resolve/reinstate her driver's license which is
currently suspended or revoked.  The defendant is to provide proof of such to this Court.  Court advises the defendant that
if driver's license is reinstated, the sentence will be a $225.00 fine and a $25.00 special assessment fee.  Defendant may
waive her right, in writing, to be present for sentencing.

RECORDED:  CS (IA: 3 min, AC: 2 min, PLEA: 9 min)
BY:  Angela J. Tuohy, Deputy Clerk

*07-10578M-SD*

To:     United States District Court
        Yuma, Arizona

I, Chloe L. Maxwell, hereby consent to waive my right to be present for sentencing before this Court set for December 10, 2007 at 1:00 p.m.


Dated this 10th day of September, 2007.

# United States District Court

_____ Southern _____ DISTRICT OF _____ California _____

UNITED STATES OF AMERICA

V.

Chloe Maxwell

**CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE IN
A MISDEMEANOR CASE**

CASE NUMBER: 07-10578M-SD

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY:** **Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.**

X _____,
Defendant

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY:** **Waive (give up) my right to trial by jury.** _____
Defendant

Consented to by United States _____
Signature

_____
Name and Title

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY:** **Waive (give up) my right to have at least thirty days to prepare for trial.**

X _____,
Defendant

_____
Defendant's Attorney (if any)

Approved By: _____
U.S. Magistrate

9/10/07
Date

# FINANCIAL AFFIDAVIT

**CJA 23**
(Rev. 5/98)

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

**U.S.** vs **Maxwell**

FOR

AT

**LOCATION NUMBER** ▶

PERSON REPRESENTED (Show your full name) ▶ **Chloe Maxwell**

| | |
|---|---|
| 1 ☒ Defendant – Adult | |
| 2 ☐ Defendant – Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

**DOCKET NUMBERS**

Magistrate
**07-10578M-SD**

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box ➡) ☐ Felony ☐ Misdemeanor

**43 CFR 8341.1 (2)**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed

Name and address of employer: **Craig Plumbing Havasu City, AZ**

IF YES, how much do you earn per month? $ **1400**    IF NO, give month and year of last employment How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No

IF YES, how much does your Spouse earn per month? $ _____    If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

| RECEIVED | SOURCES |
|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ | _____ |
| THE SOURCES $ _____ | _____ |

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $ **800**

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

| VALUE | DESCRIPTION |
|---|---|
| IF YES, GIVE THE VALUE AND $ _____ | _____ |
| DESCRIBE IT $ _____ | _____ |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them
_____
_____
_____
_____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **9/10/07**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ 

___ LODGED
___ RECEIVED    ___ COPY

**SEP 1 0 2007**

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

### FOR THE *California*

*Southern*  **DISTRICT OF ~~ARIZONA~~**

*07- 8746M 10578M-SD*

| UNITED STATES OF AMERICA | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| vs. | | |
| MAXWELL, CHLOE L | L0147780 | 04/07/2007 |
| 2857 WANDERER LN | A194 | |
| LK HAVASU CTY, AZ 86403 | | |
| Defendant. | **DRIVE W/SUSPENDED LIC** | |

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date **June 27, 2007**

_____
*United States Magistrate Judge*
**HON J.R. IRWIN**

## RETURN

| RECEIVED | DATE 9/10/07 | LOCATION 2857 Wanderer Ln, |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE–NAMED DEFENDANT.*

| | DATE 9/10/07 | LOCATION 2857 Wanderer Ln |
|---|---|---|

Name D. Schneider    Title Law Enforcement Rang District A194

Date 9/10/07    Signature David Schneider



# UNITED STATES DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE

*Southern* **DISTRICT OF** ~~ARIZONA~~ *California*

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| MAXWELL, CHLOE L 2857 WANDERER LN  LK HAVASU CTY, AZ 86403  *Defendant.* | L0147780 A194  **DRIVE W/SUSPENDED LIC** | 04/07/2007 |

# • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ **APPEARANCE REQUIRED** may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

Sincerely,

*D. Gonzales*
UNITED STATES MARSHAL

BY *J. Skaggs*
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE: *6/27/07*
PHONE: *1-800-827-2982*

> PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS

07-10578M-00

# US Bureau of Land Management
## United States District Court
### Violation Notice

Violation No. L 0147780

CVB Location Code **A194**

Officer Name (Print) Schneider   Officer No. 144

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy) 4/7/07 1325   Offense Charged ☐ CFR ☒ USC ☐ State Code 43CFR 8341.1 (d)

Place of Offense Parker Dam Rd, Scenic Byway

Offense Description Driving while drivers license Suspended or revoked.

### DEFENDANT INFORMATION

Last Name Maxwell   First Name Chloe   M.I. L.

Street Address 2857 Wanderer Ln.

City Lake Havasu City   State AZ   Zip Code 86403

Drivers License No. D05104713   DL State AZ   Social Security No. 915187

VEHICLE DESCRIPTION   VIN AZ L008030516

Tag No. 193-VCX   State AZ   Year 96   Make/Model Ford Ranger   Color Tan

Sex ☐ Male ☒ Female   Eyes BRN   DOB 6'0'00   Height 6'00   Weight 150

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT →
$ Forfeiture Amount
+ $25 Processing Fee
$ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown you will be notified of your appearance date by mail)

Court Address Will be Notified

Date (mm/dd/yyyy)   Time (hh:mm)

X Defendant Signature

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

Original - CVB Copy

BLM Form 1260-9 (July 2003)

### STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on April 7th, 2007 while exercising my duties as a law enforcement officer in the Southern District of California.

The above date while on routine patrol of BLM administered I observed a Ton Ford Ranger pick up truck traveling Southbound with a cracked front windshield. On Parker Dam Road near Big Bend Recreation Area. I stopped the vehicle just past Echo Campground and made contact with the driver one Chloe L. Maxwell. A standard drivers check through the FICC dispatch confirmed that the defendant was operating a motor vehicle with a suspended drivers license. The defendant had indicated to me verbally she had some past speeding tickets she may not have taken care of. She was identified by her Arizona drivers license.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 04/07/07
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 5/1/2007 12:14:40