**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA - Yuma**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 12/10/2007        CASE NUMBER:  07-10578M-001-SD

**CLOSED**

USA vs. Chloe L. Maxwell

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney _____    INTERPRETER_____
                                             LANGUAGE_____
Attorney for Defendant Lorna Spencer for Matthew Johnson  (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☐ PRESENT  ☒ NOT PRESENT  ☒ NOT IN CUSTODY

DOA_ 9/10/07 _          ☐  Initial Appearance        ☐  Appointment of counsel hearing held

☐ Financial Afdvt taken    ☐  Defendant Sworn         ☐  Financial Afdvt sealed
☐ Rule 5(c)(3)             ☐  Defendant states true name to be _____. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐  Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐  Defendant ordered released _____<br>☐  Defendant continued detained pending trial<br>   ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐   Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **SENTENCING:** _____ |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐   Probable cause found    ☐ Dismissed<br>☐   Held to answer before District Court | ☐ Held ☒ Con't ☐ Reset<br><br>Set for:  1/14/08 at 1:00 p.m.<br>Before:   Magistrate Judge Irwin |

Other: This matter is called for hearing.  Although the defendant waived her right to be present for sentencing, the Court has not received proof that she has complied with the previously imposed conditions. On the Court's own Motion; IT IS ORDERED continuing this matter for sentencing to 1/14/08 at 1:00 p.m. to allow the defendant another opportunity to comply.

Recorded by Courtsmart (3 Min)
BY:  Jocelyn M. Arviso
Deputy Clerk